LOUIS KAUFMAN, PLAINTIFF-RESPONDENT, v.
SAKS FIFTH AVENUE, RESPONDENT-PETITIONER.

*Messrs. Budd, Larner, Kent & Gross* for the petitioner.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the respondent.

February 25, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. THEODORE RIVIELLO, DEFENDANT-PETITIONER.

*Mr. Samuel D. Bozza* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

March 4, 1969. Denied.